UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

D. Easley,
    Plaintiff

v.                      Case No.  1:16-cv-331

Kathryn Burns, et al.,
    Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 1, 2016 (Doc. 9).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  The following causes of action alleged in plaintiff's complaint are dismissed on the ground that plaintiff has failed to state a claim upon which relief may be granted by this Court: 1) plaintiff's claims against defendants Kasich, Mohr, and Erdos ; 2) his claim that defendants Larr, Erdos, Prise, Burns, and Cadogan  violated his rights to confidentiality; and 3) his  due process claims against defendants Greene, Sammons, and Felts relating to disciplinary proceedings at the Southern Ohio Correctional Facility.

This case will proceed with the following claims: 1) plaintiff's Eighth Amendment claim against defendants Burns, Prise, Larr, Cadogan, Durner, and Goodman; 2) his First Amendment retaliation claim against defendants Prise, Goodman, and Burns; and 3) his claim that defendant Felts violated his privacy rights

by disclosing information overheard in plaintiff's mental health consultations.

Date: June 27, 2016                         s/Sandra S. Beckwith
                                            Sandra S. Beckwith, Senior Judge
                                            United States District Court